CLOSED,2255,KAC1

# Live Database
## U.S. District Court – Eastern District of Tennessee (Knoxville)
## CRIMINAL DOCKET FOR CASE #: 3:10–cr–00170–KAC–JEM–1

| | |
|---|---|
| Case title: USA v. Darwin | Date Filed: 12/21/2010 |
| Related Case: 3:14–cv–00291–PLR | Date Terminated: 04/16/2012 |

Assigned to: District Judge Katherine A Crytzer
Referred to: Magistrate Judge Jill E McCook

Appeals court case number: 16–5831

**Defendant (1)**

**Anthony Lee Darwin**　　　　　represented by　**Anthony Lee Darwin**
*TERMINATED: 04/16/2012*　　　　　　　　　　　42821–177
　　　　　　　　　　　　　　　　　　　　　　　MIAMI
　　　　　　　　　　　　　　　　　　　　　　　FEDERAL CORRECTIONAL INSTITUTION
　　　　　　　　　　　　　　　　　　　　　　　Inmate Mail/Parcels
　　　　　　　　　　　　　　　　　　　　　　　P.O. BOX 779800
　　　　　　　　　　　　　　　　　　　　　　　MIAMI, FL 33177
　　　　　　　　　　　　　　　　　　　　　　　PRO SE

　　　　　　　　　　　　　　　　　　　　　　　**Christopher J Oldham**
　　　　　　　　　　　　　　　　　　　　　　　Christopher J. Oldham
　　　　　　　　　　　　　　　　　　　　　　　1545–A Coleman Road
　　　　　　　　　　　　　　　　　　　　　　　Knoxville, TN 37909–2888
　　　　　　　　　　　　　　　　　　　　　　　865–368–1018
　　　　　　　　　　　　　　　　　　　　　　　Email: c_oldham2006@yahoo.com
　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*
　　　　　　　　　　　　　　　　　　　　　　　*Designation: CJA Appointment*

　　　　　　　　　　　　　　　　　　　　　　　**Kim A Tollison**
　　　　　　　　　　　　　　　　　　　　　　　Federal Defender Services of Eastern Tennessee, Inc. (Knox)
　　　　　　　　　　　　　　　　　　　　　　　800 South Gay Street
　　　　　　　　　　　　　　　　　　　　　　　Suite 2400
　　　　　　　　　　　　　　　　　　　　　　　Knoxville, TN 37929–9714
　　　　　　　　　　　　　　　　　　　　　　　865–637–7979
　　　　　　　　　　　　　　　　　　　　　　　Email: Elizabeth_Ford@fd.org
　　　　　　　　　　　　　　　　　　　　　　　*TERMINATED: 07/25/2011*
　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*
　　　　　　　　　　　　　　　　　　　　　　　*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| [18:922(g)(1) and 924(e) – Possession of firearms by a convicted felon (1) | 188 months, followed by 5 years of supervised release. $100 Special Assessment. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Luke A. McLaurin** <br> U S Department of Justice (Knox USAO) <br> Office of U S Attorney <br> 800 Market Street <br> Suite 211 <br> Knoxville, TN 37902 <br> 865−545−4167 <br> Fax: 865−545−4176 <br> Email: Luke.McLaurin@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br><br> **Melissa M Kirby** <br> U S Department of Justice (Knox USAO) <br> Office of U S Attorney <br> 800 Market Street <br> Suite 211 <br> Knoxville, TN 37902 <br> 865−225−1706 <br> Fax: 865−545−4176 <br> Email: USATNE.ECFUnassigned@usa.doj.gov <br> *Designation: United States Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/21/2010 | 1 | INDICTMENT as to Anthony Lee Darwin charging count 1. (Attachments: # 1 Criminal Cover Sheet)(RLK) (Entered: 12/22/2010) |
| 03/15/2011 | | Arrest of Anthony Lee Darwin in USDC – Northern District of Texas. (RLK) (Entered: 03/24/2011) |
| 03/23/2011 | 2 | Rule 5(c)(3)Documents Received as to Anthony Lee Darwin. (RLK) (Entered: 03/24/2011) |
| 04/19/2011 | | NOTICE OF HEARING as to Anthony Lee Darwin: Arraignment set for **4/20/2011** 11:00 AM in Courtroom 3A – Knoxville before Magistrate Judge H Bruce Guyton. (MGM) (Entered: 04/19/2011) |
| 04/20/2011 | | NOTICE OF CHANGE OF TIME OF HEARING as to Anthony Lee Darwin: Arraignment originally set for **4/20/2011** 11:00 AM is RESET for 01:30 PM in Courtroom 3A – Knoxville before Magistrate Judge H Bruce Guyton. Date of hearing has not been changed. (MGM) (Entered: 04/20/2011) |
| 04/20/2011 | 3 | Minute Entry for proceedings held before Magistrate Judge H Bruce Guyton:Arraignment as to Anthony Lee Darwin on 4/20/2011. Defendant submitted and Court approved financial affidavit. Federal Defendant Kim A. Tollison waspresent and appointed as counsel for Defendant. Not guilty plea entered. Defendant executed a waiver of detention hearing, reserving his right to a hearing at a later time. Defendant to be detained pending trial. Plea Agreement due by **5/6/2011**., Jury Trial set for **5/11/2011** 09:00 AM in Courtroom 4 – Knoxville before District Judge Thomas W Phillips. Pretrial Conference set for **5/6/2011** 09:30 AM in Courtroom 3A – Knoxville before Magistrate Judge H Bruce Guyton. (Court Reporter FTR)Defendant Remanded to Custody. (MGM) (Entered: 04/20/2011) |
| 04/20/2011 | 4 | CJA 23 Financial Affidavit submitted by Anthony Lee Darwin. Approved by Magistrate Judge H Bruce Guyton on 04/20/11. (MGM) (Entered: 04/20/2011) |
| 04/20/2011 | 5 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER, Kim A. Tollison, as to Anthony Lee Darwin. Signed by Magistrate Judge H Bruce Guyton on 4/20/11. (MGM) (Entered: 04/20/2011) |
| 04/20/2011 | 6 | WAIVER of Detention Hearing by Anthony Lee Darwin. (MGM) (Entered: 04/20/2011) |
| 04/20/2011 | 7 | ORDER OF DETENTION Pending Trial as to Anthony Lee Darwin. Signed by Magistrate Judge H Bruce Guyton on 4/20/2011. (MGM) (Entered: 04/20/2011) |
| 04/20/2011 | 8 | Order on Discovery and Scheduling as to Anthony Lee Darwin. Signed by Magistrate Judge H Bruce Guyton on 4/20/11. (MGM) (Entered: 04/20/2011) |
| 04/26/2011 | 9 | Arrest Warrant Returned Executed on 4/18/2011 in case as to Anthony Lee Darwin. (RLK) (Entered: 04/27/2011) |
| 05/05/2011 | 10 | MOTION to Continue by Anthony Lee Darwin. (Tollison, Kim) (Entered: 05/05/2011) |
| 05/05/2011 | | NOTICE to Parties that Hearing scheduled for 5/6/2011 will be handled as a motion hearing/pretrial conference as to Anthony Lee Darwin. (MGM) (Entered: 05/05/2011) |
| 05/06/2011 | 11 | Minute Entry for proceedings held before Magistrate Judge H Bruce Guyton:Motion Hearing as to Anthony Lee Darwin held on 5/6/2011 re 10 MOTION to Continue filed |

| | | |
|---|---|---|
| | | by Anthony Lee Darwin. The following dates and deadlines were reset: Plea Agreement due by **7/25/2011**. Jury Trial set for **8/9/2011** 09:00 AM in Courtroom 4 – Knoxville before District Judge Thomas W Phillips. Pretrial Conference set for **7/25/2011** 11:00 AM in Courtroom 3A – Knoxville before Magistrate Judge H Bruce Guyton. (Court Reporter Jolene Owen) (MGM) (Entered: 05/09/2011) |
| 05/17/2011 | 12 | ORDER as to Anthony Lee Darwin GRANTING 10 Defendant's Motion to Continue Trial. The trial of this matter is reset to commence on August 9, 2011, at 9:00 a.m., before the Honorable Thomas W. Phillips, United States District Judge. All time between the filing of the motion to continue on May 5, 2011, and the new trial date of August 9, 2011, is fully excludable. The parties are to appear before the undersigned for a final pretrial conference on July 25, 2011, at 11:00 a.m. This date will also be the new deadline for completing plea negotiations. Signed by Magistrate Judge H Bruce Guyton on 5/17/11. (MGM) (Entered: 05/17/2011) |
| 07/13/2011 | 13 | PRO SE MOTION to Substitute Attorney by Anthony Lee Darwin. (RLK) (Entered: 07/15/2011) |
| 07/18/2011 | | NOTICE to parties that the Pretrial Conference scheduled for 7/25/2011 at 11:00 AM will also be conducted as a Motion Hearing to address Defendant's 13 Motion to substitute counsel.(MGM) (Entered: 07/18/2011) |
| 07/25/2011 | 14 | Minute Entry for proceedings held before Magistrate Judge H Bruce Guyton:Motion Hearing/Pretrial Conference as to Anthony Lee Darwin held on 7/25/2011 re 13 MOTION to Substitute Attorney filed by Anthony Lee Darwin. Court found the motion to be well take and the motion was granted. CJA Panel Attorney Chris Oldham was present and accepted appointment of case,substituting Attorney Tollison. (Court Reporter Jolene Owen) (MGM) (Main Document 14 replaced on 7/26/2011) (MGM, ). (Entered: 07/26/2011) |
| 07/25/2011 | 15 | ORDER granting 13 Plaintiff's Pro Se Motion to Substitute Attorney. The Court SUBSTITUTES and APPOINTS Mr. Oldham as counsel of record for the Defendant under the Criminal Justice Act (CJA). Mr. Tollison is DIRECTED to provide the case file to Mr. Oldham as soon as possible. The trial in the instant matter remains set for August 9, 2011, at 9:00 a.m. Signed by Magistrate Judge H Bruce Guyton on 7/25/2011. (MGM) (Entered: 07/26/2011) |
| 08/04/2011 | | NOTICE OF HEARING as to Anthony Lee Darwin: Change of Plea Hearing set for **8/9/2011** 9:00 AM in Courtroom 4 – Knoxville before District Judge Thomas W Phillips. (JDH) (Entered: 08/04/2011) |
| 08/04/2011 | 16 | PRETRIAL ORDER as to Anthony Lee Darwin. Signed by Magistrate Judge H Bruce Guyton on 8/4/2011. (MGM) (Entered: 08/04/2011) |
| 08/08/2011 | 17 | PLEA AGREEMENT as to Anthony Lee Darwin (Kirby, Melissa) (Entered: 08/08/2011) |
| 08/09/2011 | 18 | Minute Entry for proceedings held before District Judge Thomas W Phillips:Change of Plea Hearing as to Anthony Lee Darwin held on 8/9/2011. Plea entered by Anthony Lee Darwin (1); guilty as to Count 1. Sentencing set for **12/8/2011** 10:00 AM in Courtroom 4 – Knoxville before District Judge Thomas W Phillips. Court Reporter: Kristen Schultz (Miller & Miller) (JDH) (Entered: 08/09/2011) |
| 08/10/2011 | | NOTICE OF HEARING as to Anthony Lee Darwin: Sentencing reset for **12/8/2011** *10:30 AM* in Courtroom 4 – Knoxville before District Judge Thomas W Phillips. |

| | | |
|---|---|---|
| | | (JDH) (Entered: 08/10/2011) |
| 01/30/2012 | | NOTICE OF HEARING as to Anthony Lee Darwin : Sentencing reset from 12/8/2012 to **4/16/2012** at 10:30 AM in Courtroom 4 – Knoxville, before District Judge Thomas W Phillips. (RLK) (Entered: 01/30/2012) |
| 04/03/2012 | 19 | SENTENCING MEMORANDUM by USA as to Anthony Lee Darwin (Kirby, Melissa) (Entered: 04/03/2012) |
| 04/05/2012 | 20 | SENTENCING MEMORANDUM by Anthony Lee Darwin (Oldham, Christopher) (Entered: 04/05/2012) |
| 04/10/2012 | 21 | RESPONSE *TO THE DEFENDANT'S SENTENCING MEMORANDUM AND MOTION FOR A DOWNWARD DEPARTURE* (Kirby, Melissa) M (Entered: 04/10/2012) |
| 04/16/2012 | 22 | Minute Entry for proceedings held before District Judge Thomas W Phillips: Sentencing held on 4/16/2012 for Anthony Lee Darwin.Defendant sworn. Probation Officer, Joseph Cuccia, is sworn and testifies regarding defendant's prior convictions. The court finds the defendant to qualify as an armed career criminal. Defendant addresses motion for downward variance previously filed. The court denies the defendant's motion for variance. Defendant is sentenced to a term of imprisonment of 188 months, followed by five years of supervised release. Defendant is remanded to the custody of the USMS. (Court Reporter Netta Kocuba)Defendant Remanded to Custody. (RLK) (Entered: 04/17/2012) |
| 04/16/2012 | 23 | JUDGMENT as to Anthony Lee Darwin. As to Count 1, defendant is sentenced to 188 months, followed by 5 years of supervised release. $100 Special Assessment. Signed by District Judge Thomas W Phillips on April 16, 2012. (RLK) (Entered: 04/17/2012) |
| 05/21/2012 | | CJA 20 Recommendation by Magistrate Judge as to Anthony Lee Darwin: Recommendation to Pay Voucher # 120515000159, Christopher Oldham. Voucher forwarded to District Judge Phillips. Signed by Magistrate Judge H Bruce Guyton on 5/18/12. (ABF) (Entered: 05/21/2012) |
| 05/24/2012 | | CJA 20 as to Anthony Lee Darwin: Authorization to Pay Christopher Oldham. Voucher # 120515000159. Signed by District Judge Thomas W Phillips on 5/23/12. (ABF) (Entered: 05/24/2012) |
| 05/25/2012 | 24 | Judgment Returned Executed on 5/8/2012 by delivering Anthony Lee Darwin to FCI Manchester, Kentucky. (RLK) (Entered: 05/29/2012) |
| 06/24/2014 | 25 | MOTION to Vacate under 28 U.S.C. 2255 by Anthony Lee Darwin. (ADA) Civil case 3:14–cv–00291–PLR opened. (Entered: 06/25/2014) |
| 06/24/2014 | 26 | MEMORANDUM of Law in Support of 25 MOTION to Vacate under 28 U.S.C. 2255. (ADA) (Entered: 06/25/2014) |
| 06/27/2014 | 27 | NOTICE OF ATTORNEY APPEARANCE Luke A. McLaurin appearing for USA. (McLaurin, Luke) (Entered: 06/27/2014) |
| 10/10/2014 | 28 | ORDER as to Anthony Lee Darwin, Since it does not plainly appear from the face of the motion that it should be summarily dismissed, the United States Attorney is hereby ORDERED to file an answer or other pleading to the motion within 30 days from entry of this Order. Signed by District Judge Pamela L Reeves on 10/10/14. (c/m) (ADA) (Entered: 10/10/2014) |

| | | |
|---|---|---|
| 11/10/2014 | 29 | RESPONSE to Motion by USA as to Anthony Lee Darwin re 25 MOTION to Vacate under 28 U.S.C. 2255 (Attachments: # 1 Other Georgia Conviction Records)(McLaurin, Luke) (Entered: 11/10/2014) |
| 12/18/2014 | 30 | Letter from Anthony Lee Darwin requesting status of case. (mailed docket sheet) (ADA) (Entered: 12/19/2014) |
| 01/20/2015 | 31 | REPLY TO RESPONSE to 25 MOTION to Vacate under 28 U.S.C. 2255 filed by Anthony Lee Darwin. (Attachments: # 1 Other Support filings)(ADA) (Entered: 01/21/2015) |
| 07/15/2015 | 32 | MOTION to Amend 25 MOTION to Vacate under 28 U.S.C. 2255 filed by Anthony Lee Darwin by Anthony Lee Darwin. (ABF) (Entered: 07/16/2015) |
| 04/28/2016 | 33 | RESPONSE to Motion by USA as to Anthony Lee Darwin re 32 MOTION to Amend/Revise 25 MOTION to Vacate under 28 U.S.C. 2255 filed by Anthony Lee Darwin (Attachments: # 1 Exhibit Tennessee Burglary Judgment)(McLaurin, Luke) (Entered: 04/28/2016) |
| 05/09/2016 | 34 | MEMORANDUM OPINION as to Anthony Lee Darwin. Signed by District Judge Pamela L Reeves on 5/9/16. (c/m) (ABF) (Entered: 05/09/2016) |
| 05/09/2016 | 35 | ORDER denying 25 Motion to Vacate (2255) as to Anthony Lee Darwin (1). The amended § 2255 petition [Docs. 25, 32] is DISMISSED WITH PREJUDICE. If Petitioner files a notice of appeal from this judgment, such notice of appeal will be treated as an application for a certificate of appealability, which is DENIED pursuant to 28 U.S.C. § 2253(c)(2) and Fed. R. App. P. 22(b) because he has failed to make a substantial showing of the denial of a federal constitutional right. The Court CERTIFIES pursuant to 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24 that any such appeal from this judgment would be frivolous and not taken in good faith. Signed by District Judge Pamela L Reeves on 5/9/16. (c/m) (ABF)<br>Civil Case 3:14–cv–00291–PLR closed. (Entered: 05/09/2016) |
| 06/13/2016 | 36 | NOTICE of Change of Address as to Anthony Lee Darwin (ABF) (Entered: 06/13/2016) |
| 06/13/2016 | 37 | NOTICE OF APPEAL (No Fee of IFP received) by Anthony Lee Darwin re 34 Memorandum Opinion, 35 Order on Motion to Vacate (2255) (Attachments: # 1 Other Envelope)(ABF) (Entered: 06/13/2016) |
| 06/15/2016 | | USCA Case Number as to Anthony Lee Darwin 16–5831 for 37 Notice of Appeal – Final Judgment filed by Anthony Lee Darwin. (KMK, ) (Entered: 06/15/2016) |
| 08/18/2017 | 38 | Informational Copy from USCA re 37 Notice of Appeal – Final Judgment : Accordingly, we GRANT Darwins application for a COA on his claim that his ACCA sentence is unconstitutional under Johnson and GRANT his motion to proceed in forma pauperis on appeal. A briefing schedule shall issue. (ABF) (Entered: 08/18/2017) |
| 09/24/2018 | 39 | Informational Copy from USCA affirming re 37 Notice of Appeal – Final Judgment : Mandate to Issue. (ABF) (Entered: 09/24/2018) |
| 11/16/2018 | 40 | MANDATE of USCA (certified copy) as to Anthony Lee Darwin re 37 Notice of Appeal – Final Judgment (ABF) (Entered: 11/16/2018) |
| 04/23/2020 | 41 | |

| | | |
|---|---|---|
| | | PRO SE MOTION to Modify Term of Imprisonment/Sentence Modification/Compassionate Release by Anthony Lee Darwin. (JDH) (Entered: 04/23/2020) |
| 08/11/2020 | 42 | ORDER denying 41 Motion for Release from Custody as to Anthony Lee Darwin. Signed by District Judge Pamela L Reeves on August 11, 2020. Copy mailed to Mr. Darwin. (RLK) (Entered: 08/11/2020) |
| 03/25/2021 | 43 | MOTION for Reconsideration of 42 Order denying 3582(c)(1)(A) Motion for modification of imposed term of imprisonment by Anthony Lee Darwin. (ADA) (Entered: 03/25/2021) |
| 06/16/2021 | 44 | NOTICE OF FIRST STEP ACT REVIEW *for Compassionate Release* as to Anthony Lee Darwin (Hutson, Bobby) (Entered: 06/16/2021) |
| 06/30/2021 | 45 | RESPONSE in Opposition by USA as to Anthony Lee Darwin re 43 MOTION for Reconsideration re 42 Order on Motion for Release from Custody (Attachments: # 1 Exhibit Inmate Profile, # 2 Exhibit Sentence Computation, # 3 Exhibit Disciplinary Record)(McLaurin, Luke) (Entered: 06/30/2021) |
| 05/31/2022 | 46 | SUPPLEMENT to 45 Response in Opposition, by USA (McLaurin, Luke) (Entered: 05/31/2022) |
| 05/31/2022 | 47 | SEALED Medical Records filed pursuant to SO−21−09 by USA as to Anthony Lee Darwin (McLaurin, Luke) (Entered: 05/31/2022) |
| 04/23/2024 | 48 | Request for documents by Anthony Lee Darwin. (Attachments: # 1 Other Envelope, # 2 Other Copy Request Notice sent via U.S. Mail to Anthony Darwin #42821−177 FCI, P.O. Box 3850, Adelanto, CA 92301)(MGD) (Entered: 04/23/2024) |
| 10/07/2025 | 49 | NOTICE *of Mootnes* by USA as to Anthony Lee Darwin re 43 MOTION for Reconsideration re 42 Order on Motion for Release from Custody (McLaurin, Luke) (Entered: 10/07/2025) |
| 01/07/2026 | 50 | ORDER. Defendant Anthony Lee Darwin completed his term of imprisonment on September 22, 2025 [*See* Doc. 49]. Because Defendant is no longer serving a custodial sentence, the Court **DENIES** Defendant's Motion to Reconsider [Doc. 43 (requesting release from custody)] as **MOOT**. *See* Find an Inmate, FEDERAL BUREAU OF PRISONS, https://www.bop.gov/inmateloc/ (last visited Jan. 7, 2026). Signed by District Judge Katherine A. Crytzer on 1/7/2026. This docket entry constitutes the complete order of the Court. (RRG). (Entered: 01/07/2026) |
| 02/09/2026 | 51 | SEALED PETITION/ORDER as to Anthony Lee Darwin signed by District Judge Katherine A Crytzer on 2/9/2026. (JDH) (Entered: 02/09/2026) |
| 02/09/2026 | 52 | PART 1 − ORDER TRANSFERRING JURISDICTION as to Anthony Lee Darwin signed by District Judge Katherine A Crytzer on 2/9/2026. (JDH) (Additional attachment(s) added on 2/9/2026: # 1 Exhibit TOJ Memo) (JDH). (Entered: 02/09/2026) |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-CR-170 |
| | ) | JUDGES PHILLIPS/GUYTON |
| ANTHONY LEE DARWIN | ) | |

**INDICTMENT**

    The Grand Jury charges that, on or about September 13, 2010, within the Eastern District of Tennessee, the defendant, ANTHONY LEE DARWIN, having previously been convicted in a court of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting commerce, firearms.

[Title 18, United States Code, Sections 922(g)(1) and 924(e)]

                                                A TRUE BILL:

                                                *s/ Grand Jury Foreperson*
                                                GRAND JURY FOREPERSON

WILLIAM C. KILLIAN
UNITED STATES ATTORNEY

*s/ Melissa M. Millican*
Melissa M. Millican
Assistant United States Attorney

# CRIMINAL CASE COVER SHEET    U.S. ATTORNEY'S OFFICE

**Place of Offense:**

**City:** Wartburg

**County:** Morgan

**Defendant Information:**

**Juvenile** ___ Yes _X_ No    **Matter to be Sealed:** ___ Yes _X_ No

**Defendant Name:** Anthony Lee Darwin

**Total # of Counts:** _1_  ___ Petty  ___ Misdemeanor (Class ___)  _X_ Felony

|  | U.S.C. Citation(s) and Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 | 18 U.S.C. §§ 922(g)(1) and 924(e) - Possession of firearms by a convicted felon | 1 |
| Set 2 |  |  |
| Set 3 |  |  |

(Use tab key after entering counts to create additional rows)

Criminal Complaint Filed: Yes ___ Case No. _____ No _X_

For Informations, name of defendant's attorney:
_____

Retained: ___    Appointed: ___

Interpreter: Yes ___ Language _____ No _X_

Related Case(s)–Include case number(s) and how related:
_____
_____

Date: December 21, 2010    Signature of AUSA: s/ *Melissa M. Millican*

# United States District Court
## Eastern District of Tennessee

UNITED STATES OF AMERICA
v.
ANTHONY LEE DARWIN

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number:   3:10-CR-00170-001

Christopher Oldham
Defendant's Attorney

**THE DEFENDANT:**

[✓]   pleaded guilty to count(s): One of the Indictment
[ ]   pleaded nolo contendere to count(s) ___ which was accepted by the court.
[ ]   was found guilty on count(s) ___ after a plea of not guilty.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18:922(g)(1) | Felon in Possession of a Firearm | September 13, 2010 | 1 |

The defendant is sentenced as provided in pages 2 through 6 of this judgment and the Statement of Reasons. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 and 18 U.S.C. §3553.

[ ]   The defendant has been found not guilty on count(s) ___.

[ ]   All remaining counts as to this defendant in this case are dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and the United States attorney of any material change in the defendant's economic circumstances.

April 16, 2012
Date of Imposition of Judgment

s/Thomas W. Phillips
Signature of Judicial Officer

THOMAS W. PHILLIPS, United States District Judge
Name & Title of Judicial Officer

April 16, 2012
Date

Judgment - Page 2 of 6

DEFENDANT:     ANTHONY LEE DARWIN  
CASE NUMBER:    3:10-CR-00170-001

# IMPRISONMENT

    The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **188 months** .

[✓]    The court makes the following recommendations to the Bureau of Prisons:

    The court recommends designation to the BOP Facility located in Manchester, Lexington, or McCreary County, Kentucky, and that the defendant receive full credit for all time served while in federal custody.

    Furthermore, the court recommends that the defendant receive 500 hours of substance abuse treatment from the Bureau of Prisons' Residential Drug Abuse Treatment Program.

[✓]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district:  
    [ ] at ___  [] a.m.  [] p.m.  on ___.  
    [ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:  
    [ ] before 2 p.m. on ___.  
    [ ] as notified by the United States Marshal.  
    [ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

    Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____  
UNITED STATES MARSHAL

By _____  
DEPUTY UNITED STATES MARSHAL

Case 2:26-cr-00011-Z-BR   Document 2   Filed 02/11/26   Page 12 of 15   PageID 13
EDTN Judgment in a Criminal Case (Rev. 1/12)
Sheet 3 — Supervised Release

Judgment - Page 3 of 6

DEFENDANT: ANTHONY LEE DARWIN
CASE NUMBER: 3:10-CR-00170-001

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of <u>five years</u>.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

[ ]   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

[✓]   The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)

[✓]   The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

[ ]   The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

[ ]   The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1) The defendant shall not leave the judicial district or other specified geographic area without the permission of the Court or probation officer;
2) The defendant shall report to the probation officer in a manner and frequency directed by the Court or probation office;
3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) The defendant shall support his/her dependents and meet other family responsibilities;
5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) The defendant shall notify the probation officer within 72 hours of any change in residence or employment;
7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered, or other places specified by the Court;
9) The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;;
10) The defendant shall permit a probation officer to visit at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
11) The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;
12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the Court;
13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by his/her criminal record or personal history of characteristics and shall permit the probation officer to make such notification and to confirm the defendant's compliance with such notification requirement.


EDTN Judgment in a Criminal Case (Rev.3/04)
   Sheet 3A - Supervised Release

Judgment - Page 4 of 6

DEFENDANT: ANTHONY LEE DARWIN
CASE NUMBER: 3:10-CR-00170-001

# SPECIAL CONDITIONS OF SUPERVISION

1. You shall participate in a program of testing and/or treatment for drug and/or alcohol abuse treatment, if necessary, as directed by the probation officer, until such time as you are released from the program by the probation officer.

EDTN  Judgment in a Criminal Case (Rev.3/04)
Sheet 5 — Criminal Monetary Penalties

Judgment — Page 5 of 6

DEFENDANT:         ANTHONY LEE DARWIN
CASE NUMBER:       3:10-CR-00170-001

# CRIMINAL MONETARY PENALTIES

   The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 6. The assessment is ordered in accordance with 18 U.S.C. § 3013.

|           | Assessment  | Fine | Restitution |
|-----------|-------------|------|-------------|
| Totals:   | $ 100.00    | $    | $           |

[ ]  The determination of restitution is deferred until _. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

[ ]  The defendant shall make restitution (including community restitution) to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, if the United States is a victim, all other victims, if any, shall receive full restitution before the United States receives any restitution, and all restitution shall be paid to the victims before any restitution is paid to a provider of compensation, pursuant to 18 U.S.C. §3664.

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---------------|------------------------|-------------------------------|-----------------------------------------|
| TOTALS:       | $                      | $                             |                                         |

[ ]  If applicable, restitution amount ordered pursuant to plea agreement $ _

The defendant shall pay interest on any fine or restitution of more than $2500, unless the fine or restitution is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. §3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. §3612(g).

[ ]  The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

    [ ]  The interest requirement is waived for the   [ ] fine and/or   [ ] restitution.

    [ ]  The interest requirement for the   [ ] fine and/or   [ ] restitution is modified as follows:

---

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

EDTN   Judgment in a Criminal Case (Rev. 3/04)
    Sheet 6 — Schedule of Payments

Judgment — Page 6 of 6

DEFENDANT:    ANTHONY LEE DARWIN
CASE NUMBER:    3:10-CR-00170-001

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A    [✓]    Lump sum payment of $ 100.00 due immediately, balance due

        [ ] not later than _, or
        [ ] in accordance with [ ] C, [ ] D, or [ ] E or [ ] F below; or

B    [ ]    Payment to begin immediately (may be combined with [ ] C, [ ] D, or [ ] F below); or

C    [ ]    Payment in ___ (e.g., equal, weekly, monthly, quarterly) installments of $ _ over a period of _ (e.g., months or years), to commence _ (e.g., 30 or 60 days) after the date of this judgment; or

D    [ ]    Payment in ___ (e.g., equal, weekly, monthly, quarterly) installments of $ _ over a period of _ (e.g., months or years), to commence _ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E    [ ]    Payment during the term of supervised release will commence within 1 (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F    [ ]    Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. Unless otherwise directed by the court, the probation officer, or the United States attorney, all criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, shall be made to **U.S. District Court, 800 Market St., Suite 130, Knoxville, TN 37902**. Payments shall be in the form of a check or a money order, made payable to U.S. District Court, with a notation of the case number including defendant number.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ]    Joint and Several

      Defendant Name, Case Number, and Joint and Several Amount:

[ ]    The defendant shall pay the cost of prosecution.

[ ]    The defendant shall pay the following court cost(s):

[ ]    The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs.